JAMES M. DANNER, Appellant, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

*Danner* v. *Equitable Life Assur. Society*, 156 App. Div. 562, affirmed.

(Argued May 11, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1913, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and directing a dismissal of the complaint in an action brought to fix the status of the parties under a contract of insurance, of which the application for insurance is a part, which lapsed for nonpayment of premium April 19, 1891, and for an adjudication that the plaintiff is entitled to paid-up assurance in the defendant company in the sum for which the reserve on the policy would have purchased paid-up assurance at the time of the lapse, such paid-up assurance to be payable at the same time and on the same conditions

except as to payment of premiums, as the original policy, and to fix the amount of such paid-up insurance.

*John J. Cunneen* and *William W. Niles* for appellant.

*Charles W. Pierson* and *William Carrell Diamond* for respondent.

Judgment affirmed, with costs, on the ground that if this action was ever maintainable it is barred by the Statute of Limitations; no opinion.

Concur: WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.   Not sitting: WILLARD BARTLETT, Ch. J.